JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRICOLA AGROS, S. DE R.L. DE C.V., a Corporation,<br><br>         Plaintiff,<br>   v.<br><br>SUNFRESH USA, INC., a Corporation; REY JIMENEZ, an Individual and as Managing Member of SUNFRESH USA, INC.; IMELDA JIMENEZ, an Individual and as Managing Member of SUNFRESH USA, INC.; FRANK ARMELLINI, an Individual and as Managing Member of SUNFRESH USA, INC.,<br>         Defendants. | CASE NO.  2:14-cv-00225-DSF-SS<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT** |
| SUNFRESH USA, INC., a Corporation,<br>         Cross-Claimant,<br>   v.<br><br>AGRICOLA AGROS, S. DE R.L. DE C.V., a Corporation,<br><br>         Cross-Defendant. | |

1

Having read and considered the Stipulation for Entry of Judgment submitted by Plaintiff AGRICOLA AGROS, S. DE R.L. DE C.V., a Corporation ("Plaintiff") and Defendants SUNFRESH USA, INC., a Corporation ("Sunfresh"); REY JIMENEZ aka JOSE REYNALDO JIMENEZ JR, aka JOSE REY JIMENEZ JR., referred to in the Complaint as "Rey Jimenez" ("JRJ"); IMELDA JIMENEZ ("IJ"); and FRANK ARMELLINI ("Armellini"), and all other pleadings and papers on file, and good cause appearing,

IT IS ORDERED that the Stipulation for Entry of Judgment is approved in its entirety.

IT IS FURTHER ORDERED that the following facts are adopted by this Court as Findings of Fact on such terms and conditions as provided in the Stipulation.

1.  Agricola is a Mexican grower and exporter of fresh perishable agricultural commodities based in Mexico that sells and ships produce to other countries, including the United States.

2.  Defendant Sunfresh is a marketer and distributor of perishable agricultural commodities to merchants located throughout North America.  Sunfresh is and at all material times, has been, licensed as a dealer, broker, and commission merchant under PACA, License No. 20070841.

3.  Defendant JRJ was an employee of Defendant Sunfresh during the relevant time period.

4.  Defendant IJ was an employee of Defendant Sunfresh during the relevant time period.

5.  Defendant Armellini was an employee of Defendant Sunfresh during the relevant time period.

IT IS FURTHER ORDERED that so long as Defendants are not in default of the terms of the Stipulation for Entry of Judgment, Plaintiff shall take no steps to enter and enforce the Judgment.

IT IS FURTHER ORDERED that in the event Defendants Sunfresh and/or JRJ fail to comply with the terms for payment set forth in the Stipulation for Entry of Judgment, Plaintiff may immediately reopen this case to have judgment entered based on the terms set forth in the Stipulation for Entry of Judgment.

IT IS FURTHER ORDERED that the U.S. District Court for the Central District of California shall retain exclusive jurisdiction over the parties and subject matter in order to enforce or interpret the provisions of the Stipulation and to enter and enforce judgment on the Stipulation.

IT IS FURTHER ORDERED that this action shall be closed without prejudice pending payment of the sums due pursuant to the Stipulation for Entry of Judgment and subject to immediate reopening on Plaintiff's application to enter a judgment in accordance with the terms set forth in the Stipulation for Entry of Judgment.

SO ORDERED.

2/6/15

DATED: _____          _____
                                    HON. DALE S. FISCHER
                                    U.S. DISTRICT JUDGE